USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _3/5/2026_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK,

Petitioners,

-against-

PRIME CONTRACTORS, INC.,

Respondent.

26 CV 0043 (VM)

**ORDER AND JUDGMENT**

Petitioners having filed a petition to confirm an arbitration award (the "Petition"), and the action having come before the Court, and the Court having considered the same and ordered entry of judgment in favor of Petitioners, now, therefore:

IT IS ORDERED AND ADJUDGED that the Petition is granted, the October 28, 2025 award (the "Award") is confirmed, and judgment is entered in favor of Petitioners and against Respondent as follows:

1. Confirming the Award in all respects;

2. Ordering Respondent to make its books and records available to Petitioners within thirty (30) days for purposes of an audit in compliance with the Award;

3. Awarding Petitioners $3,705,462.13, plus interest from October 28, 2025, at an annual rate of 9.5% totaling  $123,447.72 in interest       pursuant to the Award;

4. Awarding Petitioners $527.13 in costs arising out of this proceeding;

5. Awarding Petitioners $1,550 in attorneys' fees arising out of this proceeding; and

6. Awarding Petitioners post-judgment interest at the statutory rate.

Dated: New York, New York
       _3/5/2026_____, 2026

By: _____
    U.S.D.J.